IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| JOYCE W. YELTON,<br>Plaintiff,<br>vs.<br>MERCK & CO., INC.<br>Defendant. | ) ) ) ) ) ) ) ) ) ) ) | Civil Action No. 5:06-CV-00113<br><br>**ORDER** |

This matter is before the Court on the Consent Motion of Plaintiff Joyce W. Yelton and Defendant Merck & Co., Inc. ("Merck") (collectively, the "Parties") to stay all proceedings in this action pending transfer of this case to the Eastern District of Louisiana, pursuant to 28 U.S.C. § 1407. This Court has reviewed the Parties' Consent Motion. For good cause shown, and in the interest of judicial economy, it is hereby

ORDERED that the Parties' Consent Motion to Stay All Proceedings Pending Transfer to the Eastern District of Louisiana is GRANTED, and this case is stayed pending a transfer to the Eastern District of Louisiana. It is further

ORDERED that Merck shall be responsible for notifying the Court when transfer of this case has been effected.

Signed: October 6, 2006

David C. Keesler
United States Magistrate Judge